UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 3:20-CR-046-CHB |
| ) | |
| v. ) | |
| ) | **ORDER FOLLOWING** |
| JEFFRIE CORN, ) | **ACCEPTANCE OF REPORT AND** |
| ) | **RECOMMENDATION CONCERNING** |
| Defendant. ) | **PLEA OF GUILTY AND ORDER** |
| ) | **SETTING SENTENCING HEARING** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having adopted Magistrate Judge Regina S. Edwards' Report and Recommendation Concerning Plea of Guilty as to Defendant Jeffrie Corn [R. 42], and in order to proceed under the Sentencing Reform Act of 1984 (Pub. L. 98–473, Title II, c. 2, Sections 211-39), 18 U.S.C. Sections 3551–59,

**IT IS HEREBY ORDERED** as follows:

1.    **Sentencing proceedings** previously set in this case for **Thursday January, 6, 2022, at the hour of 1:00 p.m.** [R. 42], before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in **Louisville, Kentucky**, remains as scheduled.

2.    The Defendant and defense counsel shall meet with the Probation Officer for an interview promptly, **and in no event later than ten (10) days from the date of this Order**. It shall be the responsibility of defense counsel to contact the Probation Officer to ascertain the time and place of the interview, unless defense counsel's attendance is waived.

3. Not less than **thirty-five (35) days** prior to the date set for sentencing, the Probation Officer shall provide a copy of the PSR to the Defendant and to counsel for both the Defendant and the United States. Within **fourteen (14) days thereafter**, counsel **shall contact the Probation Office and opposing counsel to notify the parties as to whether or not there are any objections** to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the PSR. Any objections shall be in writing. **Notice to the Probation Office and opposing counsel must be given even if no objection exists.**

4. After receiving counsel's notice of whether there are (or are not) objections, the Probation Officer shall conduct any further investigation and make any revisions to the PSR that may be necessary. The Probation Officer may require counsel for both parties to meet with the officer to discuss unresolved factual and legal issues.

5. Not less than **ten (10) days prior to the date of the sentencing hearing**, the Probation Officer shall submit the PSR to the sentencing Judge. The PSR shall be accompanied by the written objections of counsel, and by an addendum setting forth any objections counsel may have made that have not been resolved, together with the officer's comments thereon. The Probation Officer shall provide a copy of any addendum to the PSR, including any revisions thereof, to the Defendant and to counsel for the Defendant and the United States.

6. **Not less than twenty (20) days prior to the sentencing hearing, the parties shall communicate with each other to discuss the scope of the sentencing hearing and make certain disclosures. Each party shall disclose to the other if it intends to argue for a non-guideline sentence. The parties shall disclose whether they intend to call witnesses at the hearing and if so, the nature of the testimony shall be revealed. The parties shall disclose**

**the identity of any expert witness and exchange a written summary of the witness's opinions, the bases and reasons for the opinions, and the witness's qualifications.**

**For any sentencing in which testimony is expected, the parties shall estimate the length of time required for the sentencing hearing and communicate the same to Renee Koch, Case Manager for Judge Boom.**

**It is the Court's policy that all letters of support be filed in the public record. Accordingly, any letters of support that the parties intend to present for the Court's consideration at sentencing shall have personal identifiers (e.g., home addresses, social security numbers, or financial account numbers) <u>redacted</u>.**

7. **Not less than ten (10) days prior to the sentencing hearing, the parties shall file a Sentencing Memorandum in support of their respective positions on any unresolved objections to the PSR, including any objections to the calculation of the advisory sentencing guidelines contained therein. Furthermore, in the event a non-guideline sentence is advocated, the Sentencing Memorandum shall address the factors of 18 U.S.C. § 3553(a).**

8. Except with regard to any objection made under Paragraph 7 that has not been resolved, the PSR may be accepted by the Court as accurate. The Court, **for good cause shown**, may allow new objections to be raised at any time before the imposition of sentence. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the United States.

9. The time set forth in this Order may be modified by the Court for good cause shown, except that the **ten (10) day** period provided for disclosure of the PSR pursuant to 18 U.S.C. § 3552(d) may be diminished only with the consent of the Defendant.

10. Nothing in this Order requires the disclosure of any portions of the PSR that are not disclosable under Fed. R. Crim. P. 32.

11. The PSR shall be deemed to have been disclosed:

    (a) When the PSR is physically delivered to counsel;

    (b) **One day** after the PSR's availability is orally communicated to counsel; or

    (c) **Three (3) days** after notice of its availability is mailed to counsel, or the date of availability reflected in the notice, whichever is later.

12. It shall be the responsibility of counsel for the Defendant to disclose the PSR to the Defendant.

13. The general conditions of probation as set forth in Probation Form 7A shall apply to the Defendant if placed on probation or supervised release, and all persons placed on probation or supervised release shall submit to photographs by the Probation Officer as a condition of probation or supervised release.

This the 12th day of October, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
     United States Probation